1 **RANDALL M. RUMPH, ESQUIRE**
**Nevada Bar #1198**
2 **2300 W. Sahara**
**Suite 500**
3 **Las Vegas, NV 89102**
**(702) 388-4466**
4 **Attorneys for Plaintiffs,**
*Marvonia Trotter*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| **MARVONIA TROTTER** ) | |
| ) | |
| **Plaintiffs** ) | **CASE NO. CV-S-05-1333-KJD-GWF** |
| ) | |
| vs. ) | |
| ) | |
| Pepsico, Inc.; Pepsi Cola Bottling Co. ) | **DISMISSAL PURSUANT TO FRCP 41(a)(1)** |
| Of Twin Falls, Idaho, Pepsi-Cola ) | |
| Advertising and Marketing, Inc.; ) | |
| New Bern Transport Corp. ) | |
| ) | |
| **Defendants** ) | |

Plaintiff voluntarily dismisses the following defendants pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure: Pepsico, Inc., Pepsi Cola Bottling Co. of Twin Falls, Idaho; Pepsi-Cola Advertising and Marketing, Inc.

**DATED** this 12th day of Marcy, 2006

By _____
Randall M. Rumph, Esquire
2300 W. Sahara
Suite 500
Las Vegas, NV 89102
Attorneys for Plaintiff
*Marvonia Trotter*