1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

MARVONIA TROTTER,

          Plaintiff,

vs.

NEW BERN TRANSPORT CORP.,

          Defendant.

Case No. CV-S-05-1333-KJD (GWF)

**STIPULATION AND ORDER TO DISMISS ENTIRE ACTION WITH PREJUDICE**

Plaintiff Marvonia Trotter and Defendant New Bern Transport Corporation, by and through their respective counsel of record, having agreed to resolve this matter, hereby stipulate and respectfully request an order dismissing the entire action and all claims filed in this matter by Plaintiff Marvonia Trotter against Defendant New Bern Transport Corporation and its affiliated subsidiaries and entities, with prejudice.

. . .

. . .

. . .

1      Each party shall bear their own costs and attorney's fees incurred in this matter.

2

3      Dated: December 21, 2006.                    Dated: December 20, 2006.

4       /s/ Roger L. Grandgenett                      /s/ Randall Rumph
       BRUCE C. YOUNG, ESQ.                          RANDALL M. RUMPH, ESQ.
5      ROGER L. GRANDGENETT II, ESQ.                 LAW OFFICES OF RANDALL M. RUMPH
       LITTLER MENDELSON
6
       Attorneys for Defendant                       Attorneys for Plaintiff
7      NEW BERN TRANSPORT CORP.                       MARVONIA TROTTER

8

9                                                ORDER

10

11             IT IS SO ORDERED.

12     Date:   JANUARY 3, 2007

13
                                             _____
14                                           DISTRICT COURT JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2.